UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

VS.                                 NO. 4:13CR00321-JM

**DEONTA McKINNEY**                                                                **DEFENDANT**

### ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE

An Order Setting Conditions of Release (docket entry #20) was filed on April 15, 2014.  The conditions of Defendant's release were orally stated on the record at the hearing on that date, including the conditions to submit to drug testing if required by the Pretrial Services office, and to participate in a drug treatment and counseling program, if directed by the Pretrial Services office.  The written Order setting conditions is modified to include these conditions.  All other conditions of release previously imposed remain in full force and effect.

IT IS SO ORDERED this 8th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE