IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                        NO. 4:13cr00321-01 JM

DEONTA MCKINNEY                                                 DEFENDANT

## ORDER

Pending before the Court is the government's motion to revoke as to Defendant Deonta McKinney. (Docket Entry #40). The government has also requested that a summons be issued for the defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **TUESDAY, AUGUST 1, 2017 at 11:00 A.M.**, in Courtroom #4-A, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **DEONTA MCKINNEY** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Nicole Lybrand is hereby appointed to represent the defendant during revocation proceedings.

IT IS SO ORDERED this 19th day of June, 2017.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE